Sebastian J. Brugliera, #006627
TAYLOR & ASSOCIATES, PLLC
320 East Virginia Ave., Suite 100
Phoenix, Arizona 85004
(602) 254-1977

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mauricio Angel, a married man,<br><br>Plaintiff,<br><br>vs.<br><br>Paul Castro; Cervantes and Sons Transportation, Inc., a California Corporation; Driscoll Strawberry Associates, Inc., a California Corporation,<br><br>Defendants. | Case No.: CV-17-3662-PHX-DMF<br><br>(Maricopa County Superior Court No. CV2017-006449)<br><br>**PLAINTIFF'S REQUEST FOR RULE 16 CONFERENCE**<br><br>*(Expedited Ruling Requested)*<br><br>The Honorable Deborah M. Fine |

Pursuant to Rule 16, Federal Rules of Civil Procedure, Plaintiff respectfully requests the Court set this matter for a comprehensive scheduling conference at which time appropriate deadlines can be modified and set.

On or about June 27, 2016, Plaintiff Mauricio Angel, was working in the course and scope of his employment for Sprouts Farmers Market in Maricopa County, Arizona. At that time and place Plaintiff was operating a forklift, placing a pallet onto Defendant's truck when Defendant Paul Castro, employee and driver for Defendant Cervantes And Sons Transportation, Inc., without warning, pulled away from the loading dock, causing Plaintiff to fall with the forklift pinning him to the ground and causing serious injuries to

1

Plaintiff's person.

This is a personal injury action of some complexity, considering the seriousness of the injuries, for which Plaintiff is continuing to receive medical treatment. It is Plaintiff's position that additional time is needed to complete expert disclosures and additional discovery will take a minimum of one hundred twenty (120) days to complete.

An amended complaint was recently filed in this matter adding Driscoll Strawberry Associates, Inc. as an additional defendant in this matter. Service has not been completed on this Defendant. It is unclear at this time what additional discovery will be needed as a result of this party being added.

Plaintiff's employer, Sprouts Farmer's Market, has been named a non-party at fault. A potential issue has arisen concerning Plaintiff's employer, which needs to be discussed with the Court.

For all the foregoing reasons, Plaintiff respectfully requests the Court set this matter for a Rule 16 Scheduling Conference to set final discovery deadlines. Plaintiff's counsel anticipates being able to cooperatively work out a proposed scheduling stipulation with defense counsel.

DATED this 17th day of July, 2018.

TAYLOR & ASSOCIATES

By: /s/ Sebastian J. Brugliera
Sebastian J. Brugliera
320 East Virginia Avenue, Suite 100
Phoenix, Arizona 85004
*Attorneys for Plaintiff*

ORIGINAL of the foregoing e-filed
this 17th day of July, 2018 with:

Clerk of the U.S. District Court
District of Arizona

COPY of the foregoing delivered by e-mail
this 17th day of July, 2018 to:

The Honorable Deborah M. Fine
United States Magistrate Judge

COPY of the foregoing delivered by e-mail
this 17th day of July, 2018 to:

John A. Elardo
Michael Rossi
ELARDO, BRAGG & ROSSI, P.C.
3001 East Camelback Road, Suite 130
Phoenix, Arizona 85016
jelardo@ebarlaw.com
mrossi@ebarlaw.com

/s/ Sharon Warren

Sharon Warren